**Order entered November 21, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00218-CR

**DARREN DWYONE GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-62506-K**

## ORDER

The Court **GRANTS** the State's November 19, 2014 motion to extend time to file its brief. WE **ORDER** the State's brief received on November 19, 2014 filed as of the date of this order.

/s/     ADA BROWN
        JUSTICE